| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | William Edwin Taylor, Jr. | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
Aaron Mance
2101 Governors Dr.
Huntsville, AL 35805

What is the nature of the claim?   Cash Contribution   $1,500,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:                       -
     Unsecured claim

Contact

Contact phone

**2**
American Express
PO Box 297871
Fort Lauderdale, FL 33329

What is the nature of the claim?   Credit card purchases   $130,724.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:                       -
     Unsecured claim

Contact

Contact phone

| Debtor 1 | William Edwin Taylor, Jr. | Case number *(if known)* | |

### 3

Anthony Perri, Jr.
c/o Mitchell B. Katten
Katten & Temple LLP
209 S. LaSalle Street, Ste 950
Chicago, IL 60604

Contact

Contact phone

**What is the nature of the claim?**    Deferred Comp and Value of Real Estate    $325,000.00

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured) 
  Value of security: -
  Unsecured claim

### 4

Anthony Perri, Sr.
c/o Mitchell B. Katten
Katten & Temple LLP
209 S. LaSalle Street, Ste 950
Chicago, IL 60604

Contact

Contact phone

**What is the nature of the claim?**    Deferred Comp and Value of Real Estate    $325,000.00

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

### 5

Bank of Frankewing
Attn: David Barns
P.O. Box 1
Frankewing, TN 38459

Contact

Contact phone

**What is the nature of the claim?**    1657 Boswell Road, Winchester, TN 37398 Deed of Trust    $9,775,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☒ Yes. Total claim (secured and unsecured)    $9,775,000.00
  Value of security: - $1,416,700.00
  Unsecured claim    $9,775,000.00

### 6

Bill Taylor
188 Tanner Road
New Market, AL 35761

**What is the nature of the claim?**    Cash Contribution    $230,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2024 Best Case, LLC   - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | William Edwin Taylor, Jr. | Case number *(if known)* | |

| | | Does the creditor have a lien on your property? | |
|---|---|---|---|
| Contact | | ☒ No | |
| | | ☐ Yes. Total claim (secured and unsecured) | |
| | | Value of security: | - |
| Contact phone | | Unsecured claim | |

**7**

Colleen Wood
c/o Garrick L. Stotser
Massey Stotser & Nichols, PC
1780 Gadsden Hwy
35235

What is the nature of the claim?      $375,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

Contact
☐ No
☒ Yes. Total claim (secured and unsecured)     $375,000.00
           Value of security:     - $0.00
Contact phone         Unsecured claim     $375,000.00

**8**

What is the nature of the claim?    0 Tanner Rd, New Market, AL 35761 Madison County 0.20 Acres 0 Tanner Rd., New Market, AL 35761 Madison County 0.39 Acres 0 Walker Ln, Hazel Green, AL 35750 Madison County 32.75 Acres 0 Walker Ln, Hazel Green, AL 35750 Madison County 13.0 Acres 0 Walker Ln, Hazel Green, AL 35750 Madison County 19.50 Acres 0 Tanner Rd, New Market, AL 35761 Madison County 3.80 Acres - BK 1059; PG 822 0 Tanner Rd., New Market, AL 35761 Madison County 2.50 Acres - BK 1059; PG 822 0 Tanner Rd., New Market, AL 35761 Madison County 0.45 Acres; BK 1059; PG 822 0 Joe Quick Rd., New Market, AL 35761 Madison County 56.38 Acres; BK 1059; PG 822 0 Billy D. Harbin Rd., New Market, AL 35761 Madison County 54.49 Acres; PG 1059;     $1,618,136.00

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2024 Best Case, LLC   - www.bestcase.com     Best Case Bankruptcy

BK 822

First Bank
720 Gallatin Street, SW #150
Huntsville, AL 35801

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

Contact

☐ No
☒ Yes. Total claim (secured and unsecured)　$2,674,936.00
　　　Value of security:　- $1,421,200.00
　　　Unsecured claim　$1,618,136.00

Contact phone

### 9

What is the nature of the claim?　0 Walker Ln, Hazel Green, AL 35750Madison County 32.75 Acres 0 Walker Ln, Hazel Green, AL 35750Madison County 13.0 Acres 0 Walker Ln, Hazel Green, AL 35750Madison County 19.50 Acres 1375 Walker Lane, New Market, AL 35761Madison County　$1,665,955.92

First Bank
720 Gallatin Street, SW #150
Huntsville, AL 35801

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

Contact

☐ No
☒ Yes. Total claim (secured and unsecured)　$1,665,955.92
　　　Value of security:　- $537,900.00
　　　Unsecured claim　$1,665,955.92

Contact phone

### 10

First Bank
720 Gallatin Street, SW #150
Huntsville, AL 35801

What is the nature of the claim?　$297,375.49

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

Contact

☐ No
☒ Yes. Total claim (secured and unsecured)　$297,375.49
　　　Value of security:　- $0.00
　　　Unsecured claim　$297,375.49

Contact phone

B 104 (Official Form 104)　For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　Page 4

Software Copyright (c) 1996-2024 Best Case, LLC　- www.bestcase.com　Best Case Bankruptcy

| Debtor 1 | William Edwin Taylor, Jr. | Case number (if known) | | |

### 11
**FirstBank**
720 Gallatin Street SW #150
Huntsville, AL 35801

What is the nature of the claim? 0 Joe Quick Rd., New Market, AL 35761 Madison County 56.38 Acres; BK 1059; PG 822    $3,085,600.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☐ No
☒ Yes. Total claim (secured and unsecured)    $3,450,000.00
　　Value of security:    - $364,400.00
　　Unsecured claim    $3,085,600.00

Contact

Contact phone

### 12
**Greg Goodwin**
180 Harbin Road
Madison, AL 35757

What is the nature of the claim?    Cash Contribution    $200,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security:
　　Unsecured claim

Contact

Contact phone

### 13
**Heath Quick**
596 Hunter Road
Hazel Green, AL 35750

What is the nature of the claim?    Cash Contribution    $300,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security:
　　Unsecured claim

Contact

Contact phone

### 14
**Joe Wilson**
225 LaPrada Place
Birmingham, AL 35209

What is the nature of the claim?    Cash Contribution    $125,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

B 104 (Official Form 104)　　For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　　Page 5

Software Copyright (c) 1996-2024 Best Case, LLC    - www.bestcase.com    Best Case Bankruptcy

☒ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:
Contact
     Unsecured claim
Contact phone

### 15  North Alabama Bank
13914 US 231
Hazel Green, AL 35750

What is the nature of the claim?   131 Tanner Road, New Market, AL 35761 Madison County   $53,410.63

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☐ No
☒ Yes. Total claim (secured and unsecured)   $53,410.63
     Value of security:                     - $0.00
Contact
     Unsecured claim                         $53,410.63
Contact phone

### 16  Paul Bradley Chambliss
c/o Seth A. Cohen, Esq.
Massey Stotser & Nichols, PC
1780 Gadsden Hwy
Birmingham, AL 35235

What is the nature of the claim?                                       $750,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☐ No
☒ Yes. Total claim (secured and unsecured)   $750,000.00
     Value of security:                     - $0.00
Contact
     Unsecured claim                         $750,000.00
Contact phone

### 17  PHH Mortgage Service
PO Box 94087
Palatine, IL 60094

What is the nature of the claim?   188 Tanner Rd, New Market, AL 35761 Madison County BK 1037; PG 0702   $26,904.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☐ No
☒ Yes. Total claim (secured and unsecured)   $720,904.00
     Value of security:                     - $694,000.00
Contact
     Unsecured claim                         $26,904.00
Contact phone

### 18

What is the nature of the claim?   1657 Boswell Road,   $581,686.01

| Debtor 1 | William Edwin Taylor, Jr. | Case number (if known) | |

|  | Renasant Bank<br>PO Box 4140<br>Tupelo, MS 38802 | Winchester, TN 37398<br>Deed of Trust | |

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?

| Contact | ☐ No | | |
| | ☒ Yes. Total claim (secured and unsecured) | $1,998,386.01 |
| Contact phone | Value of security: | - $1,416,700.00 |
| | Unsecured claim | $581,686.01 |

---

**19**

ServisFirst Bank
Huntsville-Downtown
PO Box 1508
Birmingham, AL 35209

What is the nature of the claim?   1657 Boswell Road, Winchester, TN 37398   $8,000,000.00
Deed of Trust

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?

Contact   ☐ No
         ☒ Yes. Total claim (secured and unsecured)   $8,000,000.00
Contact phone   Value of security:   - $1,416,700.00
                Unsecured claim   $8,000,000.00

---

**20**

Tim Strickland
121 Scenic Bluff Dr.
Guntersville, AL 35976

What is the nature of the claim?   Cash Contribution   $90,000.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?

Contact   ☒ No
         ☐ Yes. Total claim (secured and unsecured)
Contact phone   Value of security:
                Unsecured claim

---

**Part 2: Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____
William Edwin Taylor, Jr.
Signature of Debtor 1

X _____
Signature of Debtor 2

Date   June 3, 2024

Date

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 7

Software Copyright (c) 1996-2024 Best Case, LLC   - www.bestcase.com   Best Case Bankruptcy